# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 177 MM 2014
AND PA DEPARTMENT OF :
CORRECTIONS, :
:
           Respondents :
:
:
:
        v. :
:
:
:
KEITH SILFIES, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Motion for Bail are **DENIED**.